UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE SEAFOOD AS,<br><br>      Plaintiff,<br><br>v.<br><br>SEA JEM IMPORTS, INC., SEA TASTE, INC., and MICHAEL BARRON,<br><br>      Defendants. | Civil Action No. 1:16-cv-10881-NMG |

**PLAINTIFF'S AMENDED MOTION
FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff Alliance Seafood AS ("Alliance") hereby requests that default judgment be entered against all Defendants in the amounts set forth below. Alliance states that, as required by Rule 55(b)(1), Alliance's claim is for a sum certain, as set forth in the Affidavit of Dag Koteng (the "Second Koteng Affidavit"), submitted concurrently herewith. In support hereof, Plaintiff states:

1. Plaintiff commenced this action by filing its Verified Complaint on May 13, 2016. In addition, on May 18, 2016, Alliance filed an Affidavit of Dag Koteng in Support of Plaintiff's Emergency Motion for Real Estate Attachment (the "First Koteng Affidavit").

2. As set forth in the Verified Complaint, First Koteng Affidavit and Second Koteng Affidavit, Alliance is a supplier of seafood products to various clients within the United States, including Defendants Sea Jem and Sea Taste. On various dates between January 2011 and the present, pursuant to invoices on those dates, Alliance provided seafood products to Sea Jem. The

*Motion allowed. NMGorton, USDJ 11/10/16*